BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

FILED

JUL 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0178 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| JOSE CARLOS CARRANZA-CABALLERO, aka Jose Carranza, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nirav Desai to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 7/3/14

_____
HON. ALLISON CLAIRE
United States Magistrate Judge