IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>             v.<br><br>JOSE CARLOS CARRANZA-CABALLERO,<br><br>                      Defendant. | CASE NO.  2:14-CR-178-WBS<br><br>ORDER DISMISSING INDICTMENT AS TO JOSE CARLOS CARRANZA-CABALLERO AND RECALLING ARREST WARRANT |

**ORDER**

The United States has moved to dismiss the indictment against Jose Carlos Carranza-Caballero, filed July 3, 2014.  The Court, having reviewed the motion, and understanding motion to represent that the provisions of the United States Attorneys Manual pertaining to dismissal of indictments have been met, finds that the motion is made in good faith.  Accordingly, the Court hereby orders that the indictment against Jose Carlos Carranza-Caballero is dismissed without prejudice and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

Dated:  November 1, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED]  ORDER DISMISSING INDICTMENT